IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No: 17-cv-14444-MARTINEZ-MAYNARD

DONNA CIOMCIA, individually and on behalf
of all others similarly situated,
    Plaintiff,

v.

BEALL'S, INC.,
    Defendant.

## ORDER GRANTING APPROVAL OF SETTLEMENT

THIS MATTER came before the Court upon the Parties' Joint Motion for Approval of Settlement ("Joint Motion"). Having reviewed the Joint Motion and exhibits attached thereto, and the Court being otherwise fully advised in the premises, the Court finds that the Parties' Joint Stipulation and Release ("Settlement Agreement") reflects a reasonable compromise over contested litigation to resolve a *bona fide* dispute under the Fair Labor Standards Act.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Parties' Joint Motion is **GRANTED**.

2. The Court approves the Settlement Agreement attached as Exhibit 1 to the Joint Motion as a fair, adequate and reasonable settlement of the claims at issue.

3. The Court certifies the collective described in the Settlement Agreement for settlement purposes only.

4. The Court approves the proposed Notice Form attached as Exhibits B to the Settlement Agreement and the proposed distribution method.

5. The Court approves Settlement Services, Inc. to serve as the Claims Administrator. The Administration Costs will be paid by Plaintiffs' Counsel from the Attorneys' Fees and Costs Fund.

6.	The Court awards a Service Award of **$5,000.00** to the Named Plaintiff as set forth in the Settlement Agreement.

7.	The Court awards fees and costs to Plaintiffs' Counsel in the amount of **$85,000.00**, as set forth in the Settlement Agreement and Joint Motion.

8.	This action is **DISMISSED WITH PREJUDICE**, and this case is **CLOSED**.

9.	The Court retains jurisdiction over this action to enforce the terms of the Settlement Agreement, if needed.

DONE AND ORDERED in Chambers in Miami, Florida, this 17 day of October 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record